UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:10cr227

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CARLOS WRIGHT et al. | ) | |

**THIS MATTER** is before the Court upon the Government's Motion to dismiss introductory paragraphs 8-14 and Counts Two and Three of the Indictment as to all defendants without prejudice, pursuant to Fed. R. Crim. P. 48(a)

**IT IS ORDERED** that the Government's motion is **GRANTED** and introductory paragraphs 8-14 and Counts Two and Three of the Indictment as to all defendants are dismissed without prejudice.

Signed: March 31, 2011

Robert J. Conrad, Jr.
Chief United States District Judge